# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

VEODIS SILLS, III                                                                                                    PLAINTIFF

v.                                          No. 3:07CV00126 JLH/HDY

CRAIGHEAD COUNTY
DETENTION CENTER, *et al.*                                                                                DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 19th day of October, 2007.

_____
UNITED STATES DISTRICT JUDGE